No. 02–5694.  WALLACE v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–5695.  WILLIAMS v. ANDREWS, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–5697.  MILLAY v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 02–5699.  TORRES v. ARMSTRONG.  C. A. 2d Cir.  Certiorari denied.

No. 02–5703.  JOHNSON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–5704.  ALLISON v. BARRETT, SHERIFF, FULTON COUNTY, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–5705.  GALARZA-SOTO v. RICE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5707.  HARRIS v. GRUBMAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–5710.  HOFFMAN v. BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–5711.  FORD v. ATTORNEY GENERAL OF ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–5713.  WEAVER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–5716.  PILARSKI v. DAVIS.  C. A. 7th Cir.  Certiorari denied.

No. 02–5718.  DELGADO v. PUERTO RICAN FAMILY INSTITUTE.  C. A. 2d Cir.  Certiorari denied.

No. 02–5726.  TJART v. SMITH BARNEY, INC., ET AL.  Ct. App. Wash.  Certiorari denied.